IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**D'ANDRA SHAWNTONE CASSITY**  **PLAINTIFF**
**#852916**

v.                           Case No. 1:19-cv-00088-LPR

**MARK COUNTS,** *et. al.*                           **DEFENDANTS**

## JUDGMENT

Consistent with the Orders that were entered on December 9, 2019 (Doc. 9) and September 16, 2020 (Doc. 26), it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Defendant Mark Counts on Mr. Cassity's failure to protect claim, and that the rest of Mr. Cassity's claims are dismissed without prejudice. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Judgment or the accompanying Orders would not be taken in good faith.

IT IS SO ADJUDGED this 16th day of September 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT